UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CRISCONI E. DAVIS, JR. | ) Case No. 15-00247-01-CR-W-DGK |
| Defendant. | ) |

**ORDER RELEASING DEFENDANT FROM CUSTODY**

For good cause appearing and on the recommendation of the U.S. Probation Office, it is ORDERED that the defendant, Crisconi E. Davis Jr., be released from the custody of the U.S. Marshal's Service on May 26, 2021, at 9:00 a.m. to enter inpatient treatment.

/s/ Greg Kays
GREG KAYS
UNITED STATES DISTRICT JUDGE

in Kansas City, Missouri, this 21st day of May, 2021.